## Case No. 11,039.

### The PETREL.

[The case reported under above title in 18 Law Rep. 185, and Brunner, Col. Cas. 589, is the same as Case No. 2,261.]